# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the Untied States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
CHRISTIAN WILLIAMS

## DEFENDANTS
HONEYWELL INTERNATIONAL, F/K/A ALLIED SIGNAL, INC., Successor in interest to Bendix Corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
**(EXCEPT IN U.S. PLAINTIFF CASES)**
PHILADELPHIA  COUNTY

COUNTY OF RESIDENCE OF FIRST LISTED  DEFENDANT MORRIS COUNTY, NJ
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley
1900 Delancey Place
Philadelphia, PA 19103
215-790-4572

ATTORNEYS (IF KNOWN)

Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107
(215) 575-4200

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- 9 1  U.S. Government Plaintiff
- X 3  Federal Question (U.S. Government Not a Party)
- 9 2  U.S. Government Defendant
- 9 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX

(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 9 1 | 9 1 | Incorporated or Principal Place of Business in this State | 9 4 | 9 4 |
| Citizen of Another State | 9 2 | 9 2 | Incorporated and Principal Place of Business in Another State | 9 5 | 9 5 |
| Citizen or Subject of a Foreign Country | 9 3 | 9 3 | Foreign Nation | 9 6 | 9 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- 9 1  Original Proceeding
- X 2  Removed from State Court
- 9 3  Remanded from Appellate Court
- 9 4  Reinstated or Reopened
- 9 5  Transferred from another district (specify)
- 9 6  Multidistrict Litigation
- 9 7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- 9 110  Insurance
- 9 120  Marine
- 9 130  Miller Act
- 9 140  Negotiable Instrument
- 9 150  Recovery of Overpayment & Enforcement of Judgment
- 9 151  Medicare Act
- 9 152  Recovery of Defaulted Student Loans (Excl. Veterans)
- 9 153  Recovery of Overpayment of Veteran's Benefits
- 9 160  Stockholders' Suits
- 9 190  Other Contract
- 9 195  Contract Product Liability

### REAL PROPERTY
- 9 210  Land Condemnation
- 9 220  Foreclosure
- 9 230  Rent Lease & Ejectment

### TORTS

**PERSONAL INJURY**
- 9 310  Airplane
- 9 315  Airplane Product Liability
- 9 320  Assault, Libel & Slander
- 9 330  Federal Employers' Liability
- 9 340  Marine
- 9 345  Marine Product Liability
- 9 350  Motor Vehicle
- 9 355  Motor Vehicle Product Liability
- 9 360  Other Personal Injury

**PERSONAL INJURY**
- 9 362  Personal Injury-- Med Malpractice
- 9 365  Personal Injury-- Product Liability
- 9 368  Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 9 370  Other Fraud
- 9 371  Truth in Lending
- 9 380  Other Personal Property Damage
- 9 385  Property Damage Product Liability

### CIVIL RIGHTS
- 9 441  Voting
- 9 442  Employment
- 9 443  Housing/

### PRISONER PETITIONS
- 9 510  Motions to Vacate Sentence
- 9 530  Habeas Corpus

### FORFEITURE/PENALTY
- 9 610  Agriculture
- 9 620  Other Food&Drug
- 9 625  Drug Related Seizure of Property 21, USC 881
- 9 630  Liquor Laws
- 9 640  R.R. & Truck
- 9 650  Airline Regs
- 9 660  Occupational Safety/Health
- 9 690  Other

### LABOR
- 9 710  Fair Labor Standards Act
- 9 720  Labor/Mgmt. Relations
- 9 730  Labor/Mgmt. Reporting & Disclosure Act
- 9 740  Railway Labor Act

### BANKRUPTCY
- 9 422  Appeal 28 USC 158
- 9 423  Withdrawal 28 USC 157

### PROPERTY RIGHTS
- 9 820  Copyrights
- 9 830  Patent
- 9 840  Trademark

### SOCIAL SECURITY
- 9 861  HIA (1395ff)
- 9 862  Black Lung (923)
- 9 863  DIWC/DIWW (405(g))
- 9 864  SSID Title XVI
- 9 865  RIS (405(g))

### FEDERAL TAX SUITS
- 9 870  Taxes (U.S. Plaintiff or Defendant)
- 9 871  IRS - Third Party

### OTHER STATUTES
- 9 400  State Reapportionment
- 9 410  Antitrust
- 9 430  Banks and Banking
- 9 450  Commerce/ICC Rates/etc.
- 9 460  Deportation
- 9 470  Racketeer Influenced and Corrupt Organizations
- 9 810  Selective Service
- 9 850  Securities/Commodities/ Exchange
- 9 875  Customer Challenge 12 USC 3410
- 9 891  Agricultural Acts
- 9 892  Economic Stabilization Act
- 9 893  Environmental Matters
- 9 894  Energy Allocation Act
- 9 895  Freedom of Information Act
- 9 900  Appeal of Fee Determination Under Equal Access to Justice

0691744.01

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 240 | Torts to Land | | Accommodations | 9 540 | Mandamus & Other | 9 790 | Other Labor | | 9 950 | Constitutionality of |
| 9 245 | Tort Product Liability | 9 444 | Welfare | 9 550 | Civil Rights | | Litigation | | | State Statutes |
| 9 290 | All Other Real Property | 9 440 | Other Civil Rights | | | 9 791 | Empl. Ret. Inc. Security Act | X 890 | Other Statutory Actions |

## VI.    CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTION STATUTES UNLESS DIVERSITY.)

28 USC §1452(A) §1334(B) and Federal Bankruptcy Rule 9027

## VII.    REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
9    UNDER F.R.C.P. 23

**DEMAND $**    Check YES only if demanded in complaint:

**JURY DEMAND:**    9 YES    9 NO

## VIII.    RELATED CASE(S) IF ANY

(See Instructions):    JUDGE   N/A    DOCKET NUMBER    N/A

DATE    SIGNATURE OF ATTORNEY OF RECORD

*FOR OFFICE USE ONLY*

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE _____    MAG. JUDGE _____

0691744.01